# CRIMINAL CALENDAR

The following CRIMINAL CASE will be presented by the United States Government in the United States District Court, 450 Main Street, Hartford, CT before the **Honorable THOMAS O. FARRISH, United States Magistrate Judge, on June 7, 2023, at 2:00 pm**

AUSA HEATHER L. CHERRY

**Waiver of Indictment/Plea Hearing**

| | |
|---|---|
| UNITED STATES | **Case No. 3:23CR_____(TOF)** |
| v. | |
| John Doe ▮▮▮▮▮▮▮▮ | **COUNT ONE** |
| (Paul Tuchmann Esq.) | 18 U.S.C. §§ 1960(a) and 1960(b)(1)(A) |
| | Prohibition of unlicensed money transmitting businesses |
| | |
| | **PENALTIES** |
| | Imprisonment: 5 years maximum |
| | Fine: $250,000 |
| | Supervised Release: 3 years maximum |
| | Special Assessment: $100 |

To: Honorable Thomas O. Farrish

cc:     U. S. Attorney's Office – Hartford
        U. S. Marshal's Office – Hartford- *via email*
        U. S. Clerk's Office – Robert Wood, Courtroom Deputy - *via email*
        U. S. Probation Office – Hartford- *via email*
        Paul Tuchmann, Esq. (Counsel for Defendant)- *via email*